CITIZENS FOR A BALANCED ENVIRONMENT AND
TRANSPORTATION, INC. *v.* JOSEPH N. GILL,
COMMISSIONER OF ENVIRONMENTAL
PROTECTION, ET AL.

The motion by the defendants George R. Fryer et al. to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted by the court unless the plaintiff on or before May 4, 1978, files its brief.

*Lawrence Hirsch,* for the appellees (defendants Fryer et al.).

*Samuel M. Chambliss,* for the appellant (plaintiff).

Argued April 4—decided April 4, 1978

MILFORD EMPLOYEES ASSOCIATION ET AL. *v.*
CITY OF MILFORD

The defendant's motion to dismiss the appeal from the Superior Court in New Haven County is denied by the court.

*Andrew J. Broughel,* assistant city attorney, for the appellee (defendant).

*John R. Williams,* for the appellants (plaintiffs).

Argued April 4—decided April 4, 1978

MILTON GOTTESMAN *v.* AETNA INSURANCE COMPANY
ET AL.

The motion by the firm Lynch, Traub, Keefe and Marlowe to withdraw as counsel for the plaintiff in the appeal from the Superior Court in Fairfield County is dismissed by the court.

No appearance for the parties.

Decided April 4, 1978